In the Matter of the Claim of CHARLES GAY, Respondent, against COUNTY OF ERIE SHERIFF'S OFFICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by an employer and insurance carrier from a decision and award made by the Workmen's Compensation Board which awarded claimant disability compensation. The board's findings that claimant's accidental injuries were sustained in the course of his employment and arose out of it are sustained by evidence. (*Matter of Bollard* v. *Engel,* 254 App. Div. 162, affd. 278 N. Y. 463.) Decision and award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.